IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald John Hatlelid,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Bridgecrest Acceptance Corporation,<br><br>　　　　Defendant. | Case No.  CV17-0153-PHX DGC<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION** |

　　The Court, having considered the Amended Stipulation Resolving Motion to Compel Arbitration filed by Donald John Hatlelid and Bridgecrest Acceptance Corporation. Doc. 18.

　　**IT IS ORDERED** that the amended stipulation resolving motion to compel arbitration (Doc. 18) is **granted.** The parties shall arbitrate this dispute, with the duty on Plaintiff to initiate the arbitration process as prescribed in the Arbitration Agreement.

　　**IT IS FURTHER ORDERED** that this action is dismissed without prejudice.

　　Dated this 14th day of April, 2017.

_____
David G. Campbell
United States District Judge